No. 905. MORRISON *v.* RARICK. Sup. Ct. La. Certiorari denied. *Bascom D. Talley, Jr.,* for petitioner.

No. 907. PIONEER MOTOR SERVICE, INC. *v.* PIONEER TRANSFER & WAREHOUSE CO. ET AL. C. A. 7th Cir. Certiorari denied. *Irving Goodman* for petitioner. *Roy Van Der Kamp* for respondents.

No. 910. DRENT ET AL. *v.* MCKEAN ET AL. C. A. 5th Cir. Certiorari denied. *Bernard D. Fischman* for petitioners. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Morton Hollander,* and *Robert E. Kopp* for respondents.

No. 915. COLSON *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. *Gerald F. White* for petitioner. *Robert Morgan,* Attorney General of North Carolina, and *Bernard A. Harrell,* Assistant Attorney General, for respondent.

No. 918. HARLEYSVILLE MUTUAL INSURANCE CO. *v.* JOHNSON. Super. Ct. Pa. Certiorari denied. *Paul A. Lockrey* for petitioner.

No. 919. COBB ET AL. *v.* JOHNS ET AL. C. A. D. C. Cir. Certiorari denied. *John M. Bixler, James F. Gordy,* and *James A. Crooks* for petitioners. *William J. Grove* and *John F. Doyle* for respondents.

No. 930. ELLENBURG *v.* SHEPHERD ET AL. C. A. 6th Cir. Certiorari denied. *Philip M. Carden* for petitioner. *Herbert R. Silvers* for respondents.